**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus ALVAREZ–DE LA MORA,**
**Defendant—Appellant.**

No. 04–10159.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Before: KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Jesus Alvarez–De La Mora appeals the 151–month sentence imposed following his guilty plea for conspiracy to possess and distribute, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General

sentencing law imposed by *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.